UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

Case No.   2:19cv00267 DDP (MAAx)                                         Date: August 7, 2024

Title     *SHELL OIL COMPANY v. BCI COCA-COLA BOTTLING COMPANY OF LOS ANGELES; ET AL.*

---

Present: The Honorable:     DEAN D. PREGERSON, U.S. DISTRICT JUDGE

| Catherine Jeang | Not Present |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:**  (IN CHAMBERS) – ORDER TO SHOW CAUSE

On April 3, 2023, a Status Report [135] was filed on April 3, 2023.  To date, no substantive filing has been made, nor filing of an updated status report or dismissal in this action.

**IT IS HEREBY ORDERED** that **PLAINTIFF** show cause in writing not later than **September 16, 2024**, why this action should not be dismissed for lack of prosecution**.**  In accordance with Rule 78 of the Federal Rules of Civil Procedure and Local Rule 7.15, oral argument shall not be heard in the above matter unless so ordered by the Court.  The Order to Show Cause will stand submitted upon the filing of brief(s).

|  | 00:00 |
|---|---|
| **Initials of Preparer** | CMJ |